NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA

COURT OF APPEAL, THIRD CIRCUIT

03-1270

JOHN MONTESANO

VERSUS

BRYAN SIBLEY

\*\*\*\*\*\*\*\*\*\*
APPEAL FROM THE
LAFAYETTE CITY COURT
PARISH OF LAFAYETTE, NO. CV02-0611
HONORABLE FRANCES M. BOUILLION, CITY COURT JUDGE
\*\*\*\*\*\*\*\*\*\*

GLENN B. GREMILLION
JUDGE

\*\*\*\*\*\*\*\*\*\*

Court composed of Jimmie C. Peters, Michael G. Sullivan, and Glenn B. Gremillion,
Judges.

AFFIRMED.

Stanford B. Gauthier, II
1405 West Pinhook Rd, Ste 105
Lafayette, La 70503
(337) 234-0099
Counsel for Plaintiff/Appellee
        John Montesano

Paul Daniel Gibson
W. Corey Grimley
Gibson-Gruenert, L.L.P.
P. O. Box 3663
Lafayette, LA 70501
(337) 233-9600
Counsel for Defendant/Appellant
        Bryan Sibley